```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    COLIN S. SCOTT (Cal. Bar No. 318555)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-3159
 7       Facsimile: (213) 894-0141
         Email:     colin.scott@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

                        UNITED STATES DISTRICT COURT

                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-MJ-05658 |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT AS TO DEFENDANT RYAN JACOBS |
| v. | |
| RYAN JACOBS, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Colin S. Scott pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the Complaint in the above-captioned case, charging a violation of Title 18, United States Code, Section 875(c) (Threats by Interstate Communication), and thereby dismiss the case against defendant RYAN JACOBS.

///

///

///

The government further requests that this dismissal be without prejudice.

Dated: December 1, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ Colin S. Scott
COLIN S. SCOTT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA